UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>Oscar Schapiro</u>

    v.                    Civil No. 09-cv-00187-JL

<u>Nashua Corporation, et al.</u>


**O R D E R**

I hereby recuse myself from presiding over this case.


**SO ORDERED.**

                                      /s/ Joe Laplante
                                    Joseph N. Laplante
                                    United States District Judge

Dated:  June 5, 2009

cc:  Biron L. Bedard, Esq.
     W. Daniel Deane, Esq.
     W. Scott O'Connell, Esq.