**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Oscar Schapiro</u>

    v.                                                      Civil No. 09-cv-187-JM

<u>Nashua Corporation, et al</u>

    AND

<u>Joel Gerber</u>

    v.                                                      Civil No. 09-cv-188-SM

<u>Nashua Corporation, et al</u>

**ORDER CONSOLIDATING ACTIONS AND
APPOINTING CO-LEAD COUNSEL**

And now, this 12th day of June, 2009, upon consideration of Plaintiffs' assented-to motion for consolidation and appointment of Lead and Liaison Counsel, and Defendants' response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED.

The standard procedure in this court is to consolidate the higher numbered case into the lower numbered case.  In this case, the deadline to object to the assignment of the case to me is not until June 29, 2009, and it appears that each party is seeking

prompt consideration of pending requests, preliminary injunctive relief by plaintiff and dismissal by defendant. To facilitate prompt consideration by a judicial officer, I order that 1:09-cv-187-JM be consolidated into 1:09-cv-188-SM.

IT IS FURTHER ORDERED THAT:

1. The above-captioned cases are hereby consolidated for all purposes.

2. Every pleading and motion in these consolidated actions, or in any action included herein, shall be styled: *In re Nashua Corporation S'holders Litigation,* Docket No. 09-188. All subsequently filed actions that raise similar questions of law and fact shall be consolidated with and incorporated into this consolidated action.

3. Brodsky & Smith, LLC and Harwood Feffer LLP are hereby appointed as Co-Lead Counsel in the consolidated actions. Ransmeier & Spellman and Shaheen & Gordon are appointed Liaison Counsel.

4. Lead Counsel appointed herein shall have the authority to act on behalf of all Plaintiffs in the consolidated actions and Defendants shall only be required to communicate and discuss the consolidated actions with lead counsel, unless otherwise

ordered by the Court.

    5.  All related actions arising out of the same factual circumstances in the consolidated proceeding shall be consolidated into this action.  Counsel are directed to serve a copy of this Order upon counsel in any related action, and notify the Court of any related action as soon as they become aware of such an action.

    **SO ORDERED.**

                                      _____
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: June 12, 2008

cc:   Biron L. Bedard, Esq.
      John F. Batter, III, Esq.
      John J. Butts, Esq.
      W. Daniel Deane, Esq.
      W. Scott O'Connell, Esq.